STATE of Missouri, Respondent,

v.

**Laterrence THIGPEN, Appellant.**

**No. ED 79398.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 5, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 25, 2002.

Douglas R. Hoff, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrea Mazza Follett, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JAMES R. DOWD, C.J., KATHIANNE KNAUP CRANE, J. and RICHARD B. TEITELMAN, J.

### *ORDER*

PER CURIAM.

Appellant Laterrence Thigpen appeals from convictions for one count of murder in the first degree § 565.020 RSMo 2000 [1], one count of assault in the first degree, § 565.050, and two counts of armed criminal action § 571.015. Having reviewed the briefs of the parties and the record on appeal, we conclude the trial court did not err. An extended opinion would serve no jurisprudential purpose. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 30.25(b).

---

1. All statutory citations are to RSMo (2000) unless otherwise noted.